

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2019

No. 04-18-00532-CR

Daniel Cervantes **SALAZAR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR6992
Honorable Joey Contreras, Judge Presiding

# O R D E R

      We grant the motion and order appellant's attorney, David L. McLane, to file appellant's brief by March 6, 2019 (62 days after the original due date).

      The court does not ordinarily grant extensions of more than sixty days beyond the original due date. Counsel is therefore advised that no further extensions of time will be granted absent a motion, filed by the date the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of February, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court